## RONALD SAVIN *v.* CHANDRA BOZELKO
### (AC 29042)

Gruendel, Harper and Lavine, Js.

Submitted on briefs June 3—officially released July 1, 2008

Per Curiam. The judgment is affirmed.

## RAYMOND WEST *v.* COMMISSIONER OF CORRECTION
### (AC 28516)

Gruendel, Harper and Lavine, Js.

Submitted on briefs June 3—officially released July 1, 2008

Per Curiam. The appeal is dismissed.

## SHAWN CARTER *v.* COMMISSIONER OF CORRECTION
### (AC 28388)

Flynn, C. J., and DiPentima and Robinson, Js.

Submitted on briefs June 3—officially released July 1, 2008

Per Curiam. The judgment is affirmed.